UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH DEENE LINDELL,

    Plaintiff,

v.

PIERCE COUNTY JAIL, et al,

    Defendants.

CASE NO. C07-5237RBL

ORDER OF DISMISSAL

Plaintiff filed an application to proceed *in forma pauperis* in the above matter on May 9, 2007. On May 15, 2007, the Clerk's Office issued a letter to Kenneth Lindell regarding deficiencies with his filing and gave him until June 14, 2007 to correct the deficiencies. Plaintiff failed to correct the deficiencies and a Report and Recommendation was prepared and filed on June 20, 2007.

The Court adopted the Report and Recommendation denying plaintiff's application to proceed *in forma pauperis*. Both the Report and Recommendation and the Order adopting were returned undeliverable. Plaintiff was directed to pay the filing fee within 30 days of the date of that Order, otherwise this action would be dismissed. Thirty days have passed since the Order Adopting the Report and Recommendation was entered on July 19, 2007, and the filing fee has not been paid, nor has the plaintiff informed the Court of a change of address. ACCORDINGLY, **IT IS ORDERED**: This cause of action is **DISMISSED**.

DATED this 3rd day of October, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE