# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH DEENE LINDELL

v.

PIERCE COUNTY JAIL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5237RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Thirty days have passed since the Order Adopting the Report and Recommendation was entered on July 19, 2007, and the filing fee has not been paid, nor has the plaintiff informed the Court of a change of address.

IT IS ORDERED AND ADJUDGED

This cause of action is **DISMISSED**.

| | |
|---|---|
| October 4, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |